IH-32

Rev: 2014-1

# United States District Court
for the
# Southern District of New York
## Related Case Statement

### Full Caption of Later Filed Case:

Rashid Rahman

|  |  |
|---|---|
| Plaintiff | Case Number |
| vs. | 23-cv-5665 |
| Chung Lee | |
| Defendant | |

### Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

Allen, et al.

|  |  |
|---|---|
| Plaintiff | Case Number |
| vs. | 19-cv-8173 (LAP) |
| Koenigsmann, et al. | |
| Defendant | |

IH-32                                                                                    Rev: 2014-1

Status of Earlier Filed Case:

☐  Closed        (If so, set forth the procedure which resulted in closure, e.g., voluntary
                  dismissal, settlement, court decision.  Also, state whether there is an appeal
                  pending.)

☑  Open          (If so, set forth procedural status and summarize any court rulings.)

This is Mr. Rahman's Individual Plaintiff case as severed from Allen v. Koengismann, et al., 19-cv-8173.

Explain in detail the reasons for your position that the newly filed case is related to the
earlier filed case.

## See above.

Signature: _____          Date: _____

Firm:      Law Office of Amy Jane Agnew,
           P.C.