UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
Rashid Rahman,                      :
                                    :
                                    :     23 CV 5665 (LAP)
              Plaintiff(s),         :
                                    :     ORDER
        -against-                   :
                                    :
Chung Lee,                          :
                                    :
              Defendant(s).         :
                                    :
------------------------------------x

LORETTA A. PRESKA, Senior United States District Judge:

       ORDERED that counsel are directed to appear via telephone on November 30, 2023 at 2:00 pm for a Pretrial conference in the above action.  The dial-in for the conference is (877) 402-9753, access code 6545179.

SO ORDERED.

                                 */s/ Loretta A. Preska*

                                 LORETTA A. PRESKA,

                                 Senior U.S.D.J.

Dated: November 27, 2023

New York, New York