```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| RASHID RAHMAN,<br><br>                Plaintiff,<br><br>-against-<br><br>CHUNG LEE,<br><br>                Defendant. | 23-cv-5665 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

The Court has received Plaintiff's request to reschedule the pretrial telephone conference currently scheduled for November 30, 2023, at 2:00 p.m.  It is hereby ordered that the conference in the above action shall be rescheduled to December 5, 2023, at 10:00 a.m.  The dial-in for the conference is (877) 402-9753, access code 6545179.

**SO ORDERED.**

Dated:     November 27, 2023
           New York, New York

_____
 LORETTA A. PRESKA
 Senior United States District Judge