```
NITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| RASHID RAHMAN, | |
| Plaintiff, | |
| -against- | No. 23 Civ. 5665 (LAP) |
| CHUNG LEE, | Order |
| Defendant. | |

**LORETTA A. PRESKA, SENIOR UNITED STATES DISTRICT JUDGE:**

**WHEREAS**, the Court has scheduled a jury trial to commence on March 25, 2024 ("trial") in the above-captioned matter and to continue from day to day until complete; and

**WHEREAS**, Plaintiff will need to call witnesses from several DOCCS facilities to testify in the trial; and

**WHEREAS**, the most efficient means for facilitating the appearance of witnesses will be through video equipment at the various DOCCS correctional facilities;

**IT IS HEREBY ORDERED** that the Superintendents of the following DOCCS correctional facilities shall arrange for the reservation of video equipment for court appearances for use in the trial:

Shawangunk Correctional Facility;
Coxsackie Correctional Facility;
Green Haven Correctional Facility;

1

**IT IS FURTHER ORDERED** that each of the above facilities that already has reservations for use of the video equipment on March 26, 2024 through March 27, 2024, if any, shall report the times of such previously booked reservations to counsel for the parties at the following email addresses no later than March 12, 2024, so counsel can make alternative arrangements or schedule proceedings and witnesses around the current reservations. Notice to counsel shall be to all of the following email addresses:

Amy Jane Agnew, Esq. – aj@ajagnew.com
Joshua L. Morrison, Esq. – josh@ajagnew.com
Ryan Manley, Esq. – rmanley@lawcdm.com
Ryan Donovan, Esq. – rdonovan@lawcdm.com

Counsel for the parties shall give notice to any facility as soon as practicable if the video equipment at any given facility will not be necessary on any given day of the proceedings; and

**IT IS FURTHER ORDERED**, that counsel for Plaintiff shall arrange for the service of this Order on each Superintendent of the listed facilities.

Dated: February 27, 2024
New York, New York

*Loretta A. Preska*
LORETTA A. PRESKA, U.S.D.J.

2