UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RASHID RAHMAN,

                             Plaintiff,        **ECF**

-vs.-

                                          **23-CV-5665(LAP)**

CHUNG LEE

                                    **ORDER TO PRODUCE**

                            Defendant.

---

**TO:**     **Superintendent, Shawangunk Correctional Facility**
          **200 Quick Road**
          **Wallkill, New York 12589**

        **WHEREAS** SEAN PRITCHETT, DIN #97A4080, is a witness in the above-captioned matter;

        **WHEREAS** Mr. Pritchett is currently in custody at Shawangunk Correctional Facility in Wallkill, New York; and

        **WHEREAS** Mr. Pritchett's testimony is needed for a trial in the above-captioned matter; and

        **WHEREAS** Shawangunk Correctional Facility has already been ordered to reserve the video conferencing equipment for March 26 and March 27, 2024; and

        **NOW THEREFORE**, **IT IS ORDERED** that the SUPERINTENDENT OF SHAWANGUNK CORRECTIONAL FACILITY produce Sean Pritchett DIN #97A4080 on March 26, 2024 at 12:00PM until his testimony is complete and/or the day's proceedings have ended to the location of the video conferencing equipment in Shawangunk; and

        **IT IS FURTHER ORDERED** that Plaintiff must be allowed to participate in the video proceeding in a privileged and confidential manner; DOCCS personnel must allow him to bring any legal papers Mr. Pritchett has been sent by his counsel and he shall be allowed to testify without the presence of any third parties in the room unless bona fide safety and security issues necessitate the presence of a member of DOCCS' personnel.

Dated: February 27, 2024

                                                    So ordered: _____
                                                                     LORETTA A. PRESKA, U.S.D.J.