UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RASHID RAHMAN,

                  Plaintiff,

-vs.-

CHUNG LEE

                  Defendant.

---

ECF

23-CV-5665(LAP)

ORDER TO PRODUCE

TO: **Superintendent, Coxsackie Correctional Facility**
**11260 Route 9W**
**PO Box 200**
**Coxsackie, New York 12051-0200**

    **WHEREAS** SHANNON DICKINSON, DIN #16A4567, is a witness in the above-captioned matter;

    **WHEREAS** Mr. Dickinson is currently in custody at Coxsackie Correctional Facility Regional Medical Unit in Coxsackie, New York; and

    **WHEREAS** Mr. Dickinson's testimony is needed for a trial in the above-captioned matter; and

    **WHEREAS** Coxsackie Correctional Facility has already been ordered to reserve the video conferencing equipment for March 26 and March 27, 2024; and

    **NOW THEREFORE**, **IT IS ORDERED** that the SUPERINTENDENT OF COXSACKIE CORRECTIONAL FACILITY produce Shannon Dickinson DIN #16A4567 on March 26, 2024 at 12:30pm until his testimony is complete and/or the day's proceedings have ended to the location of the video conferencing equipment in Shawangunk; and

    **IT IS FURTHER ORDERED** that Plaintiff must be allowed to participate in the video proceeding in a privileged and confidential manner; DOCCS personnel must allow him to bring any legal papers Mr. Dickinson has been sent by his counsel and he shall be allowed to testify without the presence of any third parties in the room, unless bona fide safety and security issues necessitate the presence of a member of DOCCS' personnel.

Dated: February 27, 2024

                                So ordered: _____
                                                 LORETTA A. PRESKA, U.S.D.J.