UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RASHID RAHMAN,

                     Plaintiff,       ECF

-vs.-

CHUNG LEE                              23-CV-5665 (LAP)

                                   ORDER TO PRODUCE

                Defendant.

TO:    **Superintendent, Green Haven Correctional Facility**
        **11260 Route 9W**
        **PO Box 200**
        **Coxsackie, New York 12051-0200**

      **WHEREAS** WAYNE STEWART, DIN #17A1622, is a witness in the above-captioned matter;

      **WHEREAS** Mr. Stewart is currently in custody at Green Haven Correctional Facility in Stormville, New York; and

      **WHEREAS** Mr. Stewart's testimony is needed for a trial in the above-captioned matter; and

      **WHEREAS** Green Haven Correctional Facility has already been ordered to reserve the video conferencing equipment for March 26 and March 27, 2024; and

      **NOW THEREFORE**, **IT IS ORDERED** that the SUPERINTENDENT OF GREEN HAVEN CORRECTIONAL FACILITY produce Wayne Stewart DIN#17A1622 on March 26, 2024 at 12:30pm until his testimony is complete and/or the day's proceedings have ended to the location of the video conferencing equipment in Shawangunk; and

      **IT IS FURTHER ORDERED** that Plaintiff must be allowed to participate in the video proceeding in a privileged and confidential manner; DOCCS personnel must allow him to bring any legal papers Mr. Stewart has been sent by his counsel and he shall be allowed to testify without the presence of any third parties in the room, unless bona fide safety and security issues necessitate the presence of a member of DOCCS' personnel.

Dated: February 27, 2024

                                                  So ordered: _____
                                                                LORETTA A. PRESKA, U.S.D.J.