```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| RASHID RAHMAN,<br><br>                    Plaintiff,<br><br>-against-<br><br>CHUNG LEE,<br><br>                    Defendant. | 23-cv-5665 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

The parties shall appear for a conference in the above-captioned case at 11:00 a.m. on March 19, 2024, in Courtroom 12A, 500 Pearl Street, New York, New York 10007.

**SO ORDERED.**

Dated:   February 28, 2024
         New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge