UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RASHID RAHMAN,<br><br>                    Plaintiff,<br><br> -against-<br><br> CHUNG LEE,<br><br>                    Defendant. | 23-cv-5665 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

The trial scheduled to begin on March 25, 2024, in the above-captioned case is hereby adjourned sine die. The parties' deadlines to file motions in limine, oppositions to motions in limine, joint proposed jury instructions, and proposed voir dire questions, (see dkt. no. 19), are also adjourned sine die. The conference scheduled for March 19, 2024, is adjourned sine die. Counsel shall confer and file a joint status update proposing new trial dates no later than April 8, 2024.

**SO ORDERED.**

Dated:    March 7, 2024
         New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge