UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RASHID RAHMAN,

                Plaintiff,

-against-

CHUNG LEE,

                Defendant.

23-cv-5665 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    The trial in the above-captioned case, which the Court adjourned by its order, dated March 7, 2024, (see dkt. no. 30), is hereby rescheduled for September 9, 2024. The parties shall submit a revised proposed joint pretrial order no later than August 9, 2024. The parties shall file a joint proposed schedule for filing motions in limine, oppositions to motions in limine, joint proposed jury instructions, and proposed voir dire questions, no later than July 19, 2024.

**SO ORDERED.**

Dated:    April 11, 2024
            New York, New York

                                      _____
                                      LORETTA A. PRESKA
                                      Senior United States District Judge