UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RASHID RAHMAN,

               Plaintiff,

-against-

CHUNG LEE,

               Defendant.

23-cv-5665 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    The Court has received joint notification from the parties that they have settled the above-captioned case. Accordingly, the trial scheduled to begin on September 9, 2024, is canceled. Pursuant to the parties' settlement, the Court dismisses all outstanding claims in Plaintiff's Complaint, (dkt. no. 1). The Clerk of the Court shall (1) mark this action closed, subject to reinstatement within 30 days if the settlement is not effected; and (2) mark all pending motions denied as moot.

    The Court will retain jurisdiction to administer the settlement.

**SO ORDERED.**

Dated:    September 5, 2024
           New York, New York

                                          _____
                                          LORETTA A. PRESKA
                                          Senior United States District Judge