# AGNEW & MORRISON

Honorable Loretta A. Preska
Senior Justice, United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

October 3, 2024

**VIA ECF**

**Re:   *Rahman v. Lee, 23-cv-5665* (LAP)**

Dear Judge Preska:

Plaintiff writes to respectfully request a two-week extension of the parties'
time to file the settlement papers in the above-referenced action.  Our office
received the final version from Defendant's counsel yesterday and will be sending
same out express mail to our client at Shawangunk Correctional Facili today.  In
our experience, prison mail can sometimes be delayed.  In an abundance of
caution, we request two weeks but anticipate filing the fully executed version
before then.

We thank the Court for its continued courtesies.

Very truly yours,

*/s/ AJ Agnew*

Amy Jane Agnew

```
Plaintiff's request is granted.  The deadline by
which the parties may seek to reinstate the
above-captioned case is hereby extended to
October 21, 2024.

SO ORDERED.

Dated:   October 3, 2024.
```

LORETTA A. PRESKA, U.S.D.J.

---

*New York Office*
24 Fifth Avenue, Suite 1701
New York, NY 10011

(973) 600-1724          aj@ajagnew.com

*New Jersey Office*
36 Page Hill Road
Far Hills, NJ 07931